# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA CARMINA DIAZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:26-cv-03844-KES-SAB<br><br>ORDER REGARDING STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S RESPONSIVE BRIEF<br><br>(ECF No. 11) |

Before the Court is the parties' stipulation for an extension of time in which Defendant may file a responsive brief to Plaintiff's opening brief seeking judicial review of a final decision of the Commissioner of Social Security that denied Plaintiff's application for Social Security benefits. 42 U.S.C. 405(g); Fed. R. Civ. P. Supp. Soc. Sec. R. 5. For good cause shown, the Court approves the stipulation and ORDERS that Defendant shall have through **October 9, 2026**, to file a responsive brief. The scheduling order (ECF No. 2) otherwise remains controlling.

IT IS SO ORDERED.

Dated: **September 10, 2026**

STANLEY A. BOONE
United States Magistrate Judge